In the Matter of KIEVERETT GARNER, Appellant, v JUDITH GARNER, Respondent. [930 NYS2d 465]—

The petitioner father contends that the Family Court failed to take the appropriate measures to protect his right to assigned counsel pursuant to Family Court Act § 262 (a) (*see generally Matter of Casey N.*, 59 AD3d 625 [2009]). However, the issue cannot be resolved on the record provided to this Court since it does not contain a transcript for the proceedings held on July 29, 2009. Accordingly, we remit the matter to the Family Court, Queens County, for a reconstruction hearing with respect to those proceedings conducted in the above-entitled case before Court Attorney Referee Francine Seiden on July 29, 2009, which cannot be transcribed, and the appeal is held in abeyance in the interim (*see Matter of Hall v Ladson*, 18 AD3d 753 [2005]; *Matter of Olson v Olson*, 8 AD3d 285 [2004]; *accord* CPLR 5525 [d]; *cf. Matter of Remy v Mitchell*, 60 AD3d 860 [2009]; *Matter of Jordal v Jordal*, 193 AD2d 1102 [1993]). Dillon, J.P., Belen, Sgroi and Miller, JJ., concur.